ALLEN *v.* LUMPKIN & DUNHAM.

LITTLE, J. This case falls within the thoroughly established rule that a judgment granting a first new trial will not be disturbed unless it affirmatively appears that the verdict was, under the law applicable, demanded by the evidence ; which was not so in the present case.

*Judgment affirmed.* · *All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted November 24, — Decided December 12, 1902.

Complaint. Before Judge Butt. Marion superior court. July 2, 1902.

*Simeon Blue,* for plaintiff. *Hatcher & Carson,* for defendants.